**UNITED STATES of America, Plaintiff–Appellee**

v.

**David Alden JOHNSTON, Defendant–Appellant.**

**No. 13–3474.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 20, 2014.

Filed: April 28, 2014.

---

504

Anthony R. Morfitt, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff–Appellee.

David Alden Johnston, Marion, IL, pro se.

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

David Johnston directly appeals the within-Guidelines-range sentence the district court[1] imposed upon revoking his supervised release. He argues that the district court did not properly balance the relevant 18 U.S.C. § 3553(a) factors, and that his revocation sentence is unreasonable. His counsel has also moved for leave to withdraw.

Upon careful review, see *United States v. Miller*, 557 F.3d 910, 915–917 (8th Cir. 2009) (appeals court reviews revocation sentence for abuse of discretion), we conclude that the district court properly considered and balanced the relevant sentencing factors, and did not impose an unreasonable sentence, see *United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir. 2009) (applying presumption of substantive reasonableness to revocation sentence within Guidelines range). Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw, subject to counsel informing Johnston about procedures for seeking rehearing or filing a petition for certiorari.

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.